United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER MINI MART,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 18-cv-07389-MMC<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY AND PRELIMINARY STAY OF ADMINISTRATIVE DECISION; EXTENDING CURRENT STAY; SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 4 |

Before the Court is plaintiff Silver Mini Mart's "Application for Temporary and Preliminary Stay of Administrative Decision," filed December 11, 2018. Defendant United States of America has filed opposition, to which plaintiff has replied. The matter came on regularly for hearing on April 19, 2019. Stephen G. Chandler appeared on behalf of plaintiff. Savith Iyengar of the United States Attorneys' Office appeared on behalf of defendant.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the Court, for the reasons stated on the record at the hearing, rules as follows:

1. Plaintiff's application is hereby DENIED;

2. The current limited stay (see Doc. No. 22 2:17-18) is hereby EXTENDED to May 3, 2019.

3. An Initial Case Management Conference is hereby SET for May 17, 2019; a Joint Case Management Statement shall be filed no later than May 10, 2019.

**IT IS SO ORDERED.**

Dated: April 19, 2019

MAXINE M. CHESNEY
United States District Judge